# United States District Court

AO93 (Rev. 6/92) Search Warrant  DISTRICT OF _MIDDLE NORTH CAROLINA_

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**RICKY EDWARD GRAVES
dba WEBB & GRAVES P.L.L.C. ATTORNEYS AND
COUNSELORS AT LAW
910 North Sandhills Boulevard
Aberdeen, NC 28315**

SEARCH WARRANT

CASE NUMBER:
560430225

1:06M1013

FILED APR 1 9 2006 IN THIS OFFICE Clerk U. S. District Court Greensboro, N. C.

To: D. Scott Schiller and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>D. Scott Schiller</u> who has reason to
                                                Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

WEBB & GRAVES P.L.L.C. ATTORNEYS AND COUNSELORS AT LAW
910 North Sandhills Boulevard
Aberdeen, NC 28315

in the Middle District of N.C. there is now
concealed certain person or property, namely (describe the person or property)

Client files; documents related to the formation of offshore entities; documents, including electronic and conventional mailings, related to offshore tax panning and asset protection

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  __4/20/06__
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  __WALLACE W. DIXON__
as required by law.                                    U.S. Magistrate Judge

__4/10/06  10:15 AM__ at __Durham NC__
Date and Time Issued             City and State

United States Magistrate Judge   __Wallace W. Dixon__
Name and Title of Judicial Officer   Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>4-10-06 | DATE AND TIME WARRANT EXECUTED<br>4-18-06  8:55 AM | COPY OF WARRANT AND RECEIPT LEFT WITH<br>Peggie Brown |
| INVENTORY MADE IN THE PRESENCE OF<br>George Muench | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached 3 pages

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*George Muench*

Subscribed, sworn to, and returned before me this date.

*Warren W[_____]*     4/19/06

U.S. Judge or Magistrate Judge    Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Law Offices of Webb & Graves
910 N. Sandhills Blvd.
U S Hwy. 1 N
Aberdeen, NC 28315

**Investigation Number:** 560430225

**Starting Date and Time:** 04/18/2006 08:55 AM

**Ending Date and Time:** 04/18/2006 12:39 PM

**Report Date:** Tuesday, April 18, 2006

---

**Control #:** 1
**Location:** Joett Truelove's Off
**Found:** File Cabinet Bottom Drawer
**Description:** Seized Per Warrant — Forms 1065, Corp Rtn., Ext to file, Secretary of State filings, Organizational charts
**Evidence Box:** 1
**Locator Code:**

---

**Control #:** 2
**Location:** Hall Closet 3
**Found:** Shelves
**Description:** Seized Per Warrant — Prime TV Billing file, Prime TV Litigation, Hagen Billing File, Hagen Representation, Hagen At Risk Research/Tax Matter, Prime TV 8275 Memo
**Evidence Box:** 2
**Locator Code:**

---

**Control #:** 3
**Location:** Joett Truelove's Off
**Found:** Bottom Drawer
**Description:** Seized Per Warrant — K-1's, Secretary of State Filings, Tax returns for entities owned by Hagen
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 4
**Location:** Joett Truelove's Off
**Found:** Shelf, desk, table & file
**Description:** Seized Per Warrant — Hagen's billing stm & entity info, billing adj, FUTA rtn, pmt of retainer rec
**Evidence Box:** 4
**Locator Code:**

---

**Control #:** 5
**Location:** Receptionist's Area
**Found:**
**Description:** Seized Per Warrant — Irrevocable Trust & Estate Planning
**Evidence Box:** 5
**Locator Code:**

---

**Control #:** 6
**Location:** Joett Truelove's Off
**Found:** Bookcase & Table
**Description:** Seized Per Warrant — Returns for Hagen & Entities, Trial Bal, Deprec. Sch., Financial Stm.
**Evidence Box:** 5
**Locator Code:**

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 6 |
| **Location:** | Attic Filing Room | **Locator Code:** | |
| **Found:** | Bookcase | | |
| **Description:** | Seized Per Warrant | Gatelinx, Equity First, United Satcom, VTV corp, Nexxus Corp. | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | |
| **Location:** | Paralegals Work Area | **Locator Code:** | |
| **Found:** | Desk | | |
| **Description:** | Seized Per Warrant | Image of Valliant 40gbhd | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | |
| **Location:** | Office Manager | **Locator Code:** | |
| **Found:** | Desk | | |
| **Description:** | Seized Per Warrant | Image of Brown | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | |
| **Location:** | Paralegals Work Area | **Locator Code:** | |
| **Found:** | Desk | | |
| **Description:** | Seized Per Warrant | Image of Santiago | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 7 |
| **Location:** | Attic Filing Room | **Locator Code:** | |
| **Found:** | Bookcase & Desk | | |
| **Description:** | Seized Per Warrant | Billing Accts., Coastal Stone Lawsuit | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 7 |
| **Location:** | Attic Workarea | **Locator Code:** | |
| **Found:** | Notebook | | |
| **Description:** | Seized Per Warrant | Cash Receipt Input Forms | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 7 |
| **Location:** | Alex Webb's off | **Locator Code:** | |
| **Found:** | Bookcase | | |
| **Description:** | Seized Per Warrant | Travel Documents | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 7 |
| **Location:** | Alex Webb's off | **Locator Code:** | |
| **Found:** | Bookcase | | |
| **Description:** | Seized Per Warrant | Sterling Offshore Trust Information | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 8 |
| **Location:** | Alex Webb's off | **Locator Code:** | |
| **Found:** | Short Bookcase | | |
| **Description:** | Seized Per Warrant | Hagen Family Trust Docs, Entity Info, Prime TV Inc. Cocs | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 9 |
| **Location:** | Alex Webb's off | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Prime TV Operation Agreements, organizational docs, basis stm & risk rules | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 10 |
| **Location:** | Alex Webb's off | **Locator Code:** | |
| **Found:** | Short Bookcase | | |
| **Description:** | Seized Per Warrant | Returns for corp assoc w/Hagen, financial records, offshore tax planning | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 11 |
| **Location:** | Attic Filing Room | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized Per Warrant | Various Documents | |